UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDSAY DILL, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>PALMCO POWER MA LLC,<br><br>                          Defendant. | Case No. 1:19-cv-10983-DPW<br><br>**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF ATTORNEYS' FEES AND COSTS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 19, 2022 at 2:30 p.m., before the Honorable Douglas P. Woodlock, Plaintiff Lindsay Dill ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the proposed Class Action Settlement Agreement between Plaintiff Lindsay Dill and Defendant Palmco Power MA LLC (the "Parties").The Final Approval Motion seeks the Court's endorsement of the which accompanying proposed Final Order and Judgment (1) grants final approval of the terms set forth in the Class Action Settlement Agreement ("Agreement"), filed previously at ECF No. 64-3; (2) grants final certification of the Settlement Class pursuant to Fed R. Civ. P. 23; (3) finds that Plaintiff Lindsay Dill has served as an adequate Class Representative; (4) finds that Jonathan Shub, Kevin Laukaitis, Daniel K. Bryson, Harper Segui, Gregory F. Coleman, Adam A. Edwards, Jason Leviton, and Aarthi Manohar were properly designated Class Counsel ("Class Counsel")[1]; (5) approves Plaintiffs' request for reimbursement of litigation expenses and attorneys' fees; and (6) dismisses this action with prejudice.

---

[1] In the Court's Order dated June 6, 2022, the Court also designates Lisa A. White as Class Counsel. ECF No. 77 at ¶ 4. Attorney White was withdrawn from this case via Motion by Plaintiff Dill on May 21, 2021. ECF No. 69. This Court granted that Motion just four days later, on May 25, 2021. ECF No. 70. As such, Attorney White is not included in this definition of "Class Counsel."

This motion is made pursuant to Federal Rule of Civil Procedure 23, this Court's Order Approving Class Notice of Settlement ("Order re: Class Notice") (ECF No. 77), §§ 7.2 and 11.1 of the Parties' Class Action Settlement Agreement ("Settlement") (ECF No. 64-3), and is based on the accompanying Memorandum of Law and authorities cited therein, the declarations of Jonathan Shub and Frank Ballard and exhibits attached thereto, the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion. Defendant does not oppose this motion as a party to the Settlement.

Respectfully Submitted,

Dated: September 6, 2022

**SHUB LAW FIRM LLC**

*/s/ Jonathan Shub*
Jonathan Shub
Kevin Laukaitis
134 Kings Hwy E
2nd Fl
Haddonfield, NJ 08033
jshub@shublawyers.com
klaukaitis@shublawyers.com

Jason M. Leviton
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
T: (617) 398-5600
F: (617) 507-6020
jason@blockesq.com

Harper T. Segui
Daniel K. Bryson
**MILBERG COLEMAN BRYSON PHILLIPS GROSMAN, LLP**
900 W. Morgan Street
Raleigh, NC 27603
T: (919) 600-5000
F: (919) 600-5035
hsegui@milberg.com
dbryson@milberg.com

>Gregory F. Coleman
>Adam A. Edwards
>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
>800 S. Gay Street, Suite 1100
>Knoxville, TN 37929
>T: (865) 247-0080
>F: (865) 522-0049
>gcoleman@milberg.com
>aedwards@milberg.com
>
>Aarthi Manohar*
>**KOHN, SWIFT & GRAF, P.C.**
>1600 Market Street, Suite 2500
>Philadelphia, PA 19103
>T: (215) 238-1700
>amanohar@kohnswift.com
>
>*Counsel for Plaintiff and Proposed Class*

## LOCAL RULE 7.1 CERTIFICATION

I, Jonathan Shub, hereby certify that I conferred with counsel for Defendant in good faith regarding the issues raised in this motion and have been advised that Defendant does not oppose the motion.

Dated: September 6, 2022    */s/ Jonathan Shub*
Jonathan Shub

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: September 6, 2022         */s/ Jonathan Shub*
                                 Jonathan Shub